IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHIANELLI BUILDING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1768C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPORT RE COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT

Defendant respectfully responds to the Court's October 6, 2003 Order regarding the undersigned counsel's failure to obtain a cm/ecf account with the Court. On October 7, 2003, undersigned counsel took and passed the required test and submitted an application in order to obtain a cm/ecf account. On October 9, 2003, the account and password were provided to undersigned counsel.

Undersigned counsel apologizes to the Court for her failure to comply with the Court's August 5, 2003 Order in this regard. While no excuse, undersigned counsel is on a six-month detail with the Office of Immigration Litigation and therefore did not calender this requirement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE

Assistant Director

s/ Leslie Cayer Ohta

-

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-1011
202-307-0972 (Fax)

October 12, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of October, 2003, I caused to be served by electronic filing "DEFENDANT'S REPORT RE COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT" addressed as follows:

Neil S. Lowenstein, Esq.
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510

/s/