# In the United States Court of Federal Claims

No. 02-1768 C

(E-Filed: January 7, 2004)

| | |
|---|---|
| CHIANELLI BUILDING CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court unfiled is a Notice of Appearance by Lauren S. Moore. Defendant has attempted to file a paper version of the document. Because this case was converted to electronic case filing on September 8, 2003, the document cannot be filed in its current format. The Clerk of the Court shall return the document to plaintiff.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge