IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHIANELLI BUILDING CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | (Judge Hewitt)<br>No. 02-1768C |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: December 22, 2003

s/ Lauren S. Moore

Lauren S. Moore
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-307-6288

CERTIFICATE OF FILING

I hereby certify that on January 12, 2004, a copy of "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore_______________