IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHIANELLI BUILDING CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | No. 02-1768C |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO CONDUCT DISCOVERY

Defendant respectfully requests an enlargement of time of 90 calendar days, to and including May 27, 2004, within which to complete discovery in this case. Pursuant to the Court's order dated June 18, 2003, the parties currently must complete discovery by February 27, 2004. This is either party's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion, and he has stated that he does not oppose an enlargement of time of 45 days.

The additional time is necessary for the following reasons. First, undersigned counsel for defendant was recently assigned this case. Counsel for defendant has begun to review the files in this case, and expects to complete her review within the next several weeks.

Second, based upon a cursory review of the files, undersigned counsel has determined that it is important that an audit be conducted of plaintiff's requests for equitable

adjustment. While the Defense Contract Audit Agency ("DCAA") auditor attempted to perform an audit of plaintiff's claims in August, 2003, the DCAA auditor has stated to counsel for defendant that plaintiff and its subcontractor, Abatement Technologies, LLC, failed to cooperate with him. Counsel for defendant spoke by telephone to counsel for plaintiff the week of January 19, 2004, and requested that he attempt to persuade plaintiff and its subcontractor to cooperate with the auditor's renewed attempts to conduct the audit. Counsel for plaintiff stated that he would do so.

In addition to the audit, counsel for defendant anticipates that the parties will conduct depositions in this case. At this time, neither party has noticed depositions of potential witnesses. Finally, counsel for defendant anticipates that the parties will renew their settlement discussions within the next few months. For these reasons, the additional time is necessary to allow counsel for defendant to become familiar with this case, and for the parties to complete discovery and, if appropriate, conduct settlement discussions.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time to conduct discovery be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
10th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

JANUARY 28, 2004

CERTIFICATE OF FILING

I hereby certify that on January 28, 2004, a copy of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. I understand that parties may access this filing through the Court's system.

/s/ Lauren S. Moore