# In the United States Court of Federal Claims

No. 02-1768 C
(Filed: February 20, 2004)

CHIANELLI BUILDING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

A telephonic status conference will be held on the record on February 26, 2004 at 10:00 a.m. to address defendant's motion for an enlargement of time within which to conduct discovery and plaintiff's response thereto. A Sprint operator will initiate the call to the parties.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge