# In the United States Court of Federal Claims

No. 02-1768 C
(E-Filed: March 24, 2004)

| | |
|---|---|
| CHIANELLI BUILDING CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Due to a conflict in the court's schedule and with the concurrence of the parties, the telephonic status conference scheduled to be held on the record on Monday, April 26, 2004 at 10:00 a.m. is RESCHEDULED to be held on the record on Thursday, April 29, 2004 at 2:00 p.m. A Sprint operator will initiate the call to the parties. The parties will be notified if further rescheduling becomes necessary.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge