IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHIANELLI BUILDING CORPORATION, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Civil Action No. 02-1768C (Judge Emily C. Hewitt) |

PLAINTIFF'S MOTION FOR DISMISSAL OF COUNT II OF PLAINTIFF'S COMPLAINT

Plaintiff Chianelli Building Corporation ("CBC"), by counsel, moves for dismissal of Count II of its Complaint on the following grounds:

1. CBC's Complaint herein relates to two distinct claim items as alleged in Counts I and II of the Complaint. The basis of Count II is a pass-through claim of CBC's subcontractor, Abatement Technical Services ("ATS"). ATS has recently advised CBC, however, it no longer desires to pursue its pass-through claim.

2. CBC has certain independent claims associated with the pass-through claim in the form, e.g., of proposal preparation costs and markup. However, in light of ATS's desire as set forth above, CBC does not seek to pursue those independent claims, and accordingly moves to dismiss Count II in its entirety.

3. Defendant, through counsel, has been advised of this motion and, through counsel, has advised of agreement to the dismissal of Count II as moved by CBC.

WHEREFORE, CBC, by counsel, moves that Count II be dismissed, and order entered herein consistent therewith, including commensurate reduction of CBC's ad damnum.

Respectfully submitted,

Done this date:
CHIANELLI BUILDING CORPORATION
/s/ Neil S. Lowenstein
By: ______________________________

Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: 757.446.8600
Facsimile: 757.446.8670
Email: nlowenstein@vanblk.com
Attorney for Plaintiff

Of Counsel:
William E. Franczek
David W. Lannetti
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: 757.446.8600
Facsimile: 757.446.8670

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing discovery request upon the United States as follows:

Lauren S. Moore, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attn: Classification Unit
10th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Dated: March 26, 2004

/s/ Neil S. Lowenstein