# In the United States Court of Federal Claims

No. 02-1768 C
(Filed: April 29, 2004)

CHIANELLI BUILDING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Plaintiff's Motion for Dismissal of Count II of Plaintiff's Complaint pursuant to Rule 41(a) of the United States Court of Federal Claims (RCFC). Defendant does not object to the motion. The court GRANTS the motion.

The claim set forth in Count II of the complaint in this case is hereby dismissed with prejudice. There being no just reason for delay, the Clerk of the Court is directed to enter judgment for defendant on that claim pursuant to RCFC 54(b).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge