# In the United States Court of Federal Claims

No. 02-1768 C
(Filed: April 29, 2004)

| | |
|---|---|
| CHIANELLI BUILDING CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference held on April 29, 2004 and at the request of the parties, the court STAYS further proceedings with respect to Count I of the complaint pending defendant's approval of the settlement proposal. On or before June 14, 2004, the parties shall file a joint status report concerning the settlement approval.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge