# In the United States Court of Federal Claims

No. 02-1768 C
(E-Filed: June 16, 2004)

CHIANELLI BUILDING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Stipulation for Entry of Judgment. Further to the parties' joint stipulation, the claim set forth in Count I of the complaint in this case is hereby dismissed with prejudice. The Clerk of the Court is directed to enter judgment against defendant in favor of plaintiff in accordance with the terms of the parties' joint stipulation.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge