# In the United States Court of Federal Claims

**No. 02-1768 C**

**CHIANELLI BUILDING CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Joint Stipulation for Entry of Judgment, filed June 14, 2004, and the court's June 16, 2004 Order directing the clerk to enter judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $175,000.00, plus interest on this on this amount pursuant to the Contract Disputes Act, 41 U.S.C. §611 from June 14, 2004 until payment thereof, inclusive of attorney fees, costs, and expenses.

IT IS FURTHER ORDERED AND ADJUDGED that the claim set forth in Count I of the complaint is dismissed with prejudice.

Brian Bishop
Clerk of Court

**June 16, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all</u>

plaintiffs. Filing fee is $255.00.