United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 17, 2004

Neil Samuel Lowenstein, Esq.
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510-1699

In re: Chianelli Building Corp. v. United States, No. 02-1768 C

Dear Mr. Lowenstein:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 17, 2004, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Lauren Springer Moore, Esq.
Department of Justice